13 A.3d 462

**Troy BAYLOR, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Respondent.**

**No. 150 EM 2010.**

Supreme Court of Pennsylvania.

Jan. 25, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of January, 2011, the Application for Leave to File Original Process and the "Writ of Habeas Corpus Motion in Violation Pursuant to Pa. Rule 600" are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not allowed). The Prothonotary is directed to forward the filings to counsel of record.